1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JORGE GONZALEZ VALDEZ,          )   NO. ED CV 15-1656-DOC(E)
                                      )
12                  Plaintiff,        )
                                      )
13       v.                           )   ORDER ADOPTING FINDINGS,
                                      )
14   CULINARY STAFF ARMSTRONG,        )   CONCLUSIONS AND RECOMMENDATIONS
                                      )
15                  Defendant.        )   OF UNITED STATES MAGISTRATE JUDGE
                                      )
16   _____)

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Complaint, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge.  Further, the Court

21   has engaged in a de novo review of those portions of the Report and

22   Recommendation to which any objections have been made.  The Court

23   accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25       IT IS ORDERED that: (1) the Report and Recommendation of the

26   Magistrate Judge is approved and adopted; and (2) Judgment shall be

27   entered dismissing the action without prejudice.

28   ///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2 this Order and the Judgment of this date on the Plaintiff.

3

4        DATED: _____January 20_____, 2016.

5

6

7                              _____
                                    David O. Carter
                                  DAVID O. CARTER
8                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28