JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE GONZALEZ VALDEZ,        )   NO. ED CV 15-1656-DOC(E)
                              )
            Plaintiff,        )
                              )
     v.                       )        JUDGMENT
                              )
CULINARY STAFF ARMSTRONG,     )
                              )
            Defendant.        )
_____)


     IT IS ADJUDGED that the action is dismissed without prejudice.


     DATED:   January 20              , 2016.



                         _____
                              DAVID O. CARTER
                         UNITED STATES DISTRICT JUDGE